UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  *2:25-cv-06258-AH-MAR*                                    Date:  September 11, 2025

Title  *Willie Tatum v. Warden*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

     On June 22, 2025, Petitioner Willie Tatum ("Petitioner"), proceeding pro se, constructively filed[1] a habeas petition.  ECF Docket No. ("Dkt.") 1.  The Court then screened the petition pursuant to Habeas Rule 4.  On July 21, 2025 the Court issued an Order to Show Cause Why the Action Should Not Be Dismissed ("OSC") for lack of jurisdiction, untimeliness, and failure to exhaust state remedies.  Dkt. 4.  To date, Plaintiff has not responded to the Court's OSC.

     Accordingly, Plaintiff is ordered to respond **within twenty-one (21) days** of this Order, **by September 29, 2025**.  **The Court warns Petitioner that failure to timely respond will result in dismissal of the action for the reasons outlined in the Court's OSC.**

     **IT IS SO ORDERED.**

                                                                                                      **Initials of Preparer**          :  vv

---

[1] Under the "mailbox rule," when a pro se prisoner gives prison authorities a pleading to mail to court, the court deems the pleading constructively "filed" on the date it is signed.  Roberts v. Marshall, 627 F.3d 768, 770 n.1 (9th Cir. 2010) (citation omitted).